UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
REILLY, DONALD J. § Case No. 10-35604 DRC
REILLY, HEIDE M. §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-35604 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REILLY, DONALD J. | | | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | REILLY, HEIDE M. | | | 341(a) Meeting Date: | 09/08/10 |
| For Period Ending: | 12/16/14 | | | Claims Bar Date: | 12/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15N799 Farmview Lane Hampshire, IL 60140 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2. Time Share/Loyalty Program Moon Palace Cancun | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 500.00 | 0.00 | | 0.00 | FA |
|    Asset claimed as fully exempt | | | | | |
| 4. Checking Acct. # 1261 PNC Bank | 5,806.61 | 0.00 | | 0.00 | FA |
|    Asset claimed as fully exempt | | | | | |
| 5. Savings Acct. #4831 PNC Bank | 1,089.56 | 0.00 | | 0.00 | FA |
|    portion of asset claimed as exempt | | | | | |
| 6. Household Goods and Furnishings | 2,800.00 | 500.00 | | 500.00 | FA |
| 7. Books | 400.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 3,000.00 | 500.00 | | 0.00 | FA |
| 10. Guns | 1,200.00 | 400.00 | | 100.00 | FA |
| 11. Checking Acct. xxxxxx-837-5 Charter One Bank | 2,000.00 | 0.00 | | 0.00 | FA |
|    $1,500 of asset claimed as exempt | | | | | |
| 12. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 13. Interest in Maverick Holdings, Inc. | 15,000.00 | 0.00 | | 0.00 | FA |
|    (primarily worthless property investments and includes funds in corporate bank and investment accounts) | | | | | |
| 14. Schwab Investment Account | 200.00 | 0.00 | | 0.00 | FA |
| 15. 2005 Featherlite Horse Trailer | 14,000.00 | 11,000.00 | | 11,000.00 | FA |
| 16. 2006 Dodge Durango (93,000 miles) | 12,525.00 | 2,000.00 | | 1,800.00 | FA |
| 17. 2006 Ford Freestar (74,0000 miles) | 7,450.00 | 1,000.00 | | 1,000.00 | FA |
| 18. 2001 19' Princecraft Ventura | 11,000.00 | 2,000.00 | | 1,000.00 | FA |
|    Appraised value per Trustee's auctioneer; not high enough value to sell on its own. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 10-35604 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | REILLY, HEIDE M. | | | 341(a) Meeting Date: | 09/08/10 |
| | | | | Claims Bar Date: | 12/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Horse (unable to sell) | 8,000.00 | 1,000.00 | | 1,000.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.11 | Unknown |
| TOTALS (Excluding Unknown Values) | $540,671.17 | $18,400.00 | | $16,403.11 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/11     Current Projected Date of Final Report (TFR): 10/15/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******9379 CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 13,806.57 | | 13,806.57 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.66 | 13,798.91 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.79 | 13,790.12 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.50 | 13,781.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.78 | 13,772.84 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.47 | 13,752.37 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 14.68 | 13,737.69 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.47 | 13,719.22 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.41 | 13,698.81 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.71 | 13,679.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.34 | 13,658.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.65 | 13,639.11 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.28 | 13,618.83 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.25 | 13,598.58 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.57 | 13,579.01 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.19 | 13,558.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.51 | 13,539.31 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.13 | 13,519.18 |
| 01/28/14 | 16 | Donald J. Reilly Heide M. Reilly 15N799 Farm View Ln. Hampshire, IL 60140 | Installment payment settlement entered 3/22/12. | 1129-000 | 600.00 | | 14,119.18 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.22 | 14,098.96 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. Suite 420 | Blanket Bond # 016026455 | 2300-000 | | 18.84 | 14,080.12 |

Page Subtotals 14,406.57 326.45

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******9379 CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/04/14 | 16 | Donald J. Reilly | Installment payment | 1129-000 | 600.00 | | 14,680.12 |
| | | | settlement entered 3-22-12. | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 14,661.19 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.71 | 14,639.48 |
| 04/09/14 | 16 | Donald J. Reilly | Installment payment | 1129-000 | 600.00 | | 15,239.48 |
| | | Heide M. Reilly | settlement entered 3-22-12. | | | | |
| | | 15N799 Farm View Ln. | | | | | |
| | | Hampshire, IL 60140 | | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.70 | 15,217.78 |
| 05/21/14 | 6, 10 | Donald J. Reilly | Installment payment | 1129-000 | 600.00 | | 15,817.78 |
| | | | per Settlement entered 3/22/12. | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.94 | 15,794.84 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.72 | 15,772.12 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.45 | 15,748.67 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.41 | 15,725.26 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,702.63 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.35 | 15,679.28 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,206.57 | 527.29 | 15,679.28 |
| Less: Bank Transfers/CD's | 13,806.57 | 0.00 | |
| Subtotal | 2,400.00 | 527.29 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,400.00 | 527.29 | |

Page Subtotals     1,800.00     200.84

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | BANK OF AMERICA |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******0782  MONEY MARKET |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/10 | 15 | Donald J. & Heide M. Reilly  15N799 Farmview Lane  Hampshire, IL  60140 | Sale of 2005 Featherlite horse trailer | 1129-000 | 11,000.00 | | 11,000.00 |
| 10/20/10 | 19 | Donald J. & Heide M. Reilly  15N799 Farmview Lane  Hampshire, IL  60140 | Sale of horse | 1129-000 | 1,000.00 | | 12,000.00 |
| 10/29/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.21 | | 12,000.21 |
| 11/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,000.52 |
| 12/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,000.83 |
| 01/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,001.14 |
| 02/28/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 12,001.23 |
| 03/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,001.33 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD.  SUITE 420  701 POYDRAS STREET  NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 9.96 | 11,991.37 |
| 04/29/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,991.47 |
| 05/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 11,991.58 |
| 06/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,991.68 |
| 07/29/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,991.78 |
| 08/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 11,991.89 |
| 09/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,991.99 |
| 10/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,992.09 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.28 | 11,976.81 |
| 11/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,976.91 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.77 | 11,962.14 |
| 12/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,962.24 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.75 | 11,947.49 |

Page Subtotals        12,002.25        54.76

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                            Ver: 18.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35604 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REILLY, DONALD J. | Bank Name: | BANK OF AMERICA |
|  | REILLY, HEIDE M. | Account Number / CD #: | *******0782  MONEY MARKET |
| Taxpayer ID No: | *******6832 |  |  |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 |  | 11,947.59 |
| 01/31/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 15.67 | 11,931.92 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 |  | 11.87 | 11,920.05 |
| 02/29/12 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 |  | 11,920.14 |
| 02/29/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 14.18 | 11,905.96 |
| 03/30/12 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 |  | 11,906.06 |
| 03/30/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 14.64 | 11,891.42 |
| 04/13/12 | 17, 18 | Donald Reilly 15N799 Farmview Lane Hampshire, IL 60140 | Installment payment pursuant to Order Approving Compromise Entered 3/22/12 | 1129-000 | 2,000.00 |  | 13,891.42 |
| 04/30/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 |  | 13,891.53 |
| 04/30/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 16.17 | 13,875.36 |
| 05/31/12 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 |  | 13,875.48 |
| 05/31/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 17.63 | 13,857.85 |
| 06/29/12 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 |  | 13,857.96 |
| 06/29/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 16.47 | 13,841.49 |
| 07/31/12 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 |  | 13,841.61 |
| 07/31/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 18.15 | 13,823.46 |
| 08/31/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 |  | 13,823.57 |
| 08/31/12 |  | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 |  | 17.00 | 13,806.57 |
| 08/31/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | 13,806.57 | 0.00 |

Page Subtotals         2,000.86         13,948.35

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                                                                                          Ver: 18.03a

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | BANK OF AMERICA |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******0782 MONEY MARKET |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,003.11 | 14,003.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 13,806.57 | |
| | | | Subtotal | | 14,003.11 | 196.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,003.11 | 196.54 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9379 | 2,400.00 | 527.29 | 15,679.28 |
| MONEY MARKET - ********0782 | 14,003.11 | 196.54 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 16,403.11 | 723.83 | 15,679.28 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Ver: 18.03a

LFORM24

| Page 1 | | CLAIMS ANALYSIS ANALYSIS OF CLAIMS REGISTER | | | Date: December 16, 2014 |
|---|---|---|---|---|---|

Case Number:  10-35604  
Debtor Name:  REILLY, DONALD J.

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 070 7100-90 | Advanta Bank Corporation c/o Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | | $0.00 | $13,323.11 | $13,323.11 |
| 17 070 7100-90 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (17-1) CREDIT CARD DEBT | $0.00 | $15,848.90 | $15,848.90 |
| 18 070 7100-90 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (18-1) CREDIT CARD DEBT | $0.00 | $24.00 | $24.00 |
| 3 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $28,131.98 | $28,131.98 |
| 4 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $5,716.81 | $5,716.81 |
| 9 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $11,980.96 | $11,980.96 |
| 10 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $5,847.20 | $5,847.20 |
| 11 070 7100-90 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $14,258.70 | $14,258.70 |
| 1 070 7100-90 | Citibank South Dakota NA Payment Center 4740 121st St Urbandale, IA 50323 | Unsecured | | $0.00 | $67,582.17 | $67,582.17 |
| 19 070 7100-90 | CitiFinancial, Inc P.O. Box 140489 Irving, TX 75014-0489 | Unsecured | | $0.00 | $7,063.81 | $7,063.81 |
| 5 070 7100-90 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $0.00 | $22,302.02 | $22,302.02 |
| 6 070 7100-90 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $8,818.44 | $8,818.44 |

| Page 2 | | CLAIMS ANALYSIS<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 16, 2014 |
|---|---|---|---|---|---|---|

Case Number: 10-35604
Debtor Name: REILLY, DONALD J.

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 7<br>070<br>7100-90 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | $0.00 | $31,951.69 | $31,951.69 |
| 8<br>070<br>7100-90 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | $0.00 | $55,596.87 | $55,596.87 |
| 14<br>070<br>7100-00 | Indian Hills<br>16N503 Powers Rd.<br>Gilberts, IL 60136 | Unsecured<br>Reclassified as genereal unsecured pursuant to Order entered 2/10/11 | $0.00 | $9,300.00 | $9,300.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative | $0.00 | $43.48 | $43.48 |
| 15<br>070<br>7100-90 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>(15-1) Citibank | $0.00 | $11,244.92 | $11,244.92 |
| 16<br>050<br>4110-00 | PNC Mortgage, a division of PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, Ohio 45342 | Secured<br>(16-1) xxxxxx9653<br>Disallowed pursuant to order entered 2/10/11 | $0.00 | $81,616.15 | $0.00 |
| 2<br>070<br>7100-90 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | $0.00 | $37,464.75 | $37,464.75 |
| 001<br>3110-00 | SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | $0.00 | $4,207.50 | $4,207.50 |
| 001<br>2100-00 | Thomas E. Springer, Trustee<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | $0.00 | $2,390.31 | $2,390.31 |
| 12<br>070<br>7100-00 | Veterinarian Animal Hospital of Gurnee<br>38028 N. Dilleys Road<br>Wadsworth, IL 60083 | Unsecured | $0.00 | $4,808.09 | $4,808.09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | | CLAIMS ANALYSIS<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 16, 2014 |
| Case Number: | 10-35604 | | Claimant's Name Sequence | | | |
| Debtor Name: | REILLY, DONALD J. | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $439,521.86 | $357,905.71 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-35604 DRC
Case Name: REILLY, DONALD J.
          REILLY, HEIDE M.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

      Balance on hand                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses      $_____

      Remaining Balance                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank South Dakota NA | $ | $ | $ |
| 2 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 3 | Chase Bank USA, N.A. | $ | $ | $ |
| 4 | Chase Bank USA, N.A. | $ | $ | $ |
| 5 | Discover Bank | $ | $ | $ |
| 6 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 7 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 8 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 9 | Chase Bank USA, N.A. | $ | $ | $ |
| 10 | Chase Bank USA, N.A. | $ | $ | $ |
| 11 | Chase Bank USA, N.A. | $ | $ | $ |
| 12 | Veterinarian Animal Hospital of Gurnee | $ | $ | $ |
| 13 | Advanta Bank Corporation | $ | $ | $ |
| 14 | Indian Hills | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Midland Funding LLC | $ | $ | $ |
| 17 | American Express Bank, FSB | $ | $ | $ |
| 18 | American Express Centurion Bank | $ | $ | $ |
| 19 | CitiFinancial, Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE