# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
REILLY, DONALD J. § Case No. 10-35604
REILLY, HEIDE M. § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      CLERK OF THE U.S. BANKRUPTCY COURT
                      219 S. DEARBORN STREET
                      CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/16/2015 in Courtroom 240,
                      United States Courthouse
                      Old Kane County Courthouse
                      100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
REILLY, DONALD J. §   Case No. 10-35604
REILLY, HEIDE M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,403.11 |
| and approved disbursements of | $ | 723.83 |
| leaving a balance on hand of[1] | $ | 15,679.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 2,390.31 | $ 0.00 | $ 2,390.31 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 4,207.50 | $ 0.00 | $ 4,207.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 43.48 | $ 43.48 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,597.81 |
| Remaining Balance | | $ | 9,081.47 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 351,264.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank South Dakota NA | $ 67,582.17 | $ 0.00 | $ 1,747.25 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 37,464.75 | $ 0.00 | $ 968.60 |
| 3 | Chase Bank USA, N.A. | $ 28,131.98 | $ 0.00 | $ 727.31 |
| 4 | Chase Bank USA, N.A. | $ 5,716.81 | $ 0.00 | $ 147.80 |
| 5 | Discover Bank | $ 22,302.02 | $ 0.00 | $ 576.59 |
| 6 | Fia Card Services, NA/Bank of America | $ 8,818.44 | $ 0.00 | $ 227.99 |
| 7 | Fia Card Services, NA/Bank of America | $ 31,951.69 | $ 0.00 | $ 826.07 |
| 8 | Fia Card Services, NA/Bank of America | $ 55,596.87 | $ 0.00 | $ 1,437.38 |
| 9 | Chase Bank USA, N.A. | $ 11,980.96 | $ 0.00 | $ 309.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Chase Bank USA, N.A. | $ 5,847.20 | $ 0.00 | $ 151.17 |
| 11 | Chase Bank USA, N.A. | $ 14,258.70 | $ 0.00 | $ 368.64 |
| 12 | Veterinarian Animal Hospital of Gurnee | $ 4,808.09 | $ 0.00 | $ 124.31 |
| 13 | Advanta Bank Corporation | $ 13,323.11 | $ 0.00 | $ 344.45 |
| 14 | Indian Hills | $ 9,300.00 | $ 0.00 | $ 240.44 |
| 15 | Midland Funding LLC | $ 11,244.92 | $ 0.00 | $ 290.72 |
| 17 | American Express Bank, FSB | $ 15,848.90 | $ 0.00 | $ 409.75 |
| 18 | American Express Centurion Bank | $ 24.00 | $ 0.00 | $ 0.62 |
| 19 | CitiFinancial, Inc | $ 7,063.81 | $ 0.00 | $ 182.63 |

Total to be paid to timely general unsecured creditors     $          9,081.47

Remaining Balance     $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                                                    Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                          Case No. 10-35604-DRC
Donald J. Reilly                                                Chapter 7
Heide M. Reilly
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                 Page 1 of 2                   Date Rcvd: Dec 23, 2014
                              Form ID: pdf006              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db/jdb        #+Donald J. Reilly,    Heide M. Reilly,    15N799 Farmview Lane,    Hampshire, IL 60140-7402
15972905        AAdvantage Customer Service,     P.O. Box 6235,   Sioux Falls, SD 57117-6235
15972907        American Express,    P.O. Box 981540,    El Paso, TX 79998-1540
16525955        American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16529596        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15972908       +Attorney J. Gregory Scott,     111 E. Main Street, Ste. 200,    Decatur, IL 62523-1204
15972909       +Attorney Richard Heavner,     111 E. Main Street, Ste. 200,    Decatur, IL 62523-1204
15972910       +Attorney Richard Snow,    123 W. Madison Street, Ste. 310,     Chicago, IL 60602-4511
15972912       +Bank of America Corporate Center,     100 North Tryon Street,    Charlotte, NC 28255-0001
21347766      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,     P.O. Box 9223,
                 Farmington Hills, MI 48333-9223)
16079191      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank South Dakota NA,     Payment Center,     4740 121st St,
                 Urbandale, IA 50323)
15972913       +Charter One,    1215 Superior Avenue,    Cleveland, Ohio 44114-3299
15972914        Chase,   Cardmember Service,     PO Box 15298,   Wilmington, DE 19850-5298
16120652        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15972915       +Chrysler Financial Services,     Americas LLC,   c/o Riezman Berger PC,     7700 Bonhomme 7th fl,
                 St Louis MO 63105-1960
18737270       +Cichon, Brian C, Atty.,     McNamara, Phelan, McSteen LLC,    3601 McDonough St,
                 Joliet IL 60431-9102
15972916        Circuit City,    Chase,   Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
15972918       #+CitiFinancial Services, Inc.,     NTSB-2320,   6801 Colwell Blvd.,    Irving, TX 75039-3198
17621259       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
18737273       +First Community Bank,    2801 Black Rd #A,    Joliet IL 60435-2929
18737274       +Grundy Bank,    201 Liberty St,    Morris IL 60450-2282
15972921       +Indian Hills,    16N503 Powers Rd.,    Gilberts, IL 60136-9733
15972922       +Loyola Platinum Mastercard,     Bank of America,   100 North Tryon Street,
                 Charlotte, NC 28255-0001
18737275       +Mazon State Bank,    606 Depot Street,    Mazon IL 60444-3703
15972923        National Bank,    PO Box 36520,    Louisville, KY 40233-6520
15972925       +National City Mortgage/PNC Bank,     360 Memorial Drive, Suite 200,    Crystal Lake, IL 60014-6291
16486529       +PNC Mortgage, a division of,     PNC Bank, National Association,    3232 Newmark Drive,
                 Miamisburg, Ohio 45342-5421
15972926       +Patty Reilly Langer,    1225 Escalona,    Santa Cruz, CA 95060-3305
18737271       +Robert J Russo,    Law Offices of Robert J Russo,    211 E Jefferson St,    PO Box 767,
                 Morris IL 60450-0767
15972928       +Shell Master Card,    P.O. Box 6406,    Sioux Falls, SD 57117-6406
18737272       +The Sharp Law Firm,    1115 Harrison St,    PO Box 906,   Mt Vernon IL 62864-0019
15972930      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 6340,   Fargo, ND 58125-6340)
15972931       +US Bankcorp,    800 Nicollet Mall,    Minneapolis, MN 55402-2511
15972929       +United Mileage Plus VISA,     Card Services,   P.O. Box 15298,    Wilmington, DE 19850-5298
15972932       +Veterinarian Animal Hospital of Gurnee,     38028 N. Dilleys Road,    Wadsworth, IL 60083-9109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16300480        E-mail/Text: bkr@cardworks.com Dec 24 2014 00:42:50     Advanta Bank Corporation,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
15972917        E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2014 00:47:17      Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
18737269       +E-mail/Text: melanie.barickman@centrue.com Dec 24 2014 00:45:41       Centrue Bank,
                 660 S Broadway St,    Coal City IL 60416-1775
15972920        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2014 00:47:54       Discover Financial Services,
                 P.O. Box 30943,    Salt Lake City, UT 84130-0943
16177185        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2014 00:47:54       Discover Bank,
                 Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
15972919       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2014 00:47:54       Discover Card,
                 PO Box 15192,    Wilmington, DE 19850
16232070        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2014 00:47:33
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,
                 PO Box 248809,    Oklahoma City, OK 73124-8809
19927553        E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2014 00:46:35      Midland Funding LLC,
                 By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
16091082       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 00:47:14
                 PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
19927554        E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2014 00:47:18      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
15972933       +E-mail/Text: BKRMailOps@weltman.com Dec 24 2014 00:44:17      Weltman, Weinberg & Reis Co., L.P.A.,    180 N. LaSalle Street, Suite 2400,
                 Chicago, IL 60601-2704
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2            Date Rcvd: Dec 23, 2014
                              Form ID: pdf006          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 11

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15972927*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:  Shell Card Center,   PO Box 689151,   Des Moines, IA 50368-9151)
15972924*       National Bank,   PO Box 36520,   Louisville, KY 40233-6520
15972906     ##+Advanta Business Platinum,   625 W. Ridge Pike,   Suite 100 & Suite 105,
               Conshohocken, PA 19428-3216
15972911     ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
16585812     ##CitiFinancial, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
15972934     ##+Zwicker and Associates,   7366 N. Lincoln Ave., Ste. 404,   Lincolnwood, IL 60712-1741
                                                                             TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2014 at the address(es) listed below:
```
          Henry Repay    on behalf of Joint Debtor Heide M. Reilly repaylawfirm@ithink2.net,
           cassie.repaylaw@gmail.com
          Henry Repay    on behalf of Debtor Donald J. Reilly repaylawfirm@ithink2.net,
           cassie.repaylaw@gmail.com
          Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C.
           iln@riezmanberger.com
          Matthew J Ryan    on behalf of Debtor Donald J. Reilly mr60131@yahoo.com,
           regina-ryan@sbcglobal.net
          Matthew J Ryan    on behalf of Joint Debtor Heide M. Reilly mr60131@yahoo.com,
           regina-ryan@sbcglobal.net
          Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 9
```