UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
REILLY, DONALD J. § Case No. 10-35604
REILLY, HEIDE M. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial P.O. Box 9223 Farmington Hills, MI 48333-9223 | | | | | |
| 16 | National City Mortgage/PNC Bank 360 Memorial Drive, Suite 200 Crystal Lake, IL 60014 Attorney Richard Heavner 111 E. Main Street, Ste. 200 Decatur, IL 62523 Attorney J. Gregory Scott 111 E. Main Street, Ste. 200 Decatur, IL 62523 Pnc Mortgage, A Division Of | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Business Platinum 625 W. Ridge Pike Suite 100 & Suite 105 Conshohocken, PA 19428 | | | | | |
| | American Express P.O. Box 981540 El Paso, TX 79998-1540 Zwicker and Associates 7366 N. Lincoln Ave., Ste. 404 Lincolnwood, IL 60712 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 Bank of America Corporate Center 100 North Tryon Street Charlotte, NC 28255 | | | | | |
| | Charter One 1215 Superior Avenue Cleveland, Ohio 44114 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 National Bank PO Box 36520 Louisville, KY 40233-6520 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Circuit City Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 National Bank PO Box 36520 Louisville, KY 40233-6520 | | | | | |
| | CitiFinancial Services, Inc. NTSB-2320 6801 Colwell Blvd. Irving, TX 75039 Attorney Richard Snow 123 W. Madison Street, Ste. 310 Chicago, IL 60602 | | | | | |
| | Citibank, N.A. PO Box 6191 Sioux Falls, SD 57117-6161 AAdvantage Customer Service P.O. Box 6235 Sioux Falls, SD 57117-6235 | | | | | |
| | Discover Card PO Box 15192 Wilmington, DE 19850-5192 Discover Financial Services P.O. Box 30943 Salt Lake City, UT 84130-0943 Weltman, Wienberg & Reis Co., L.P.A. 180 N. LaSalle Street, Suite 2400 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indian Hills 16N503 Powers Rd. Gilberts, IL 60136 | | | | | |
| | Loyola Platinum Mastercard Bank of America 100 North Tryon Street Charlotte, NC 28255 | | | | | |
| | Patty Reilly Langer 1225 Escalona Santa Cruz, CA 95060 | | | | | |
| | Shell Card Center PO Box 689151 Des Moines, IA 50368-9151 Shell Master Card P.O. Box 6406 Sioux Falls, SD 57117 | | | | | |
| | US Bank PO Box 6340 Fargo, ND 58125-6340 US Bankcorp 800 Nicollet Mall Minneapolis, MN 55402 | | | | | |
| | United Mileage Plus VISA Card Services P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Veterinarian Animal Hospital of Gurnee 38028 N. Dilleys Road Wadsworth, IL 60083 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Indian Hills | | | | | |
| 12 | Veterinarian Animal Hospital Of Gur | | | | | |
| 13 | Advanta Bank Corporation | | | | | |
| 17 | American Express Bank, Fsb | | | | | |
| 18 | American Express Centurion Bank | | | | | |
| 10 | Chase Bank Usa, N.A. | | | | | |
| 11 | Chase Bank Usa, N.A. | | | | | |
| 3 | Chase Bank Usa, N.A. | | | | | |
| 4 | Chase Bank Usa, N.A. | | | | | |
| 9 | Chase Bank Usa, N.A. | | | | | |
| 1 | Citibank South Dakota Na | | | | | |
| 19 | Citifinancial, Inc | | | | | |
| 5 | Discover Bank | | | | | |
| 6 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 7 | Fia Card Services, Na/Bank Of Ameri | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 15 | Midland Funding | | | | | |
| 2 | Pyod Llc Its Successors And Assigns | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-35604 DRC Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REILLY, DONALD J. | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | REILLY, HEIDE M. | 341(a) Meeting Date: | 09/08/10 |
| For Period Ending: | 04/07/15 | Claims Bar Date: | 12/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15N799 Farmview Lane Hampshire, IL 60140 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2. Time Share/Loyalty Program Moon Palace Cancun | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 500.00 | 0.00 | | 0.00 | FA |
|     Asset claimed as fully exempt | | | | | |
| 4. Checking Acct. # 1261 PNC Bank | 5,806.61 | 0.00 | | 0.00 | FA |
|     Asset claimed as fully exempt | | | | | |
| 5. Savings Acct. #4831 PNC Bank | 1,089.56 | 0.00 | | 0.00 | FA |
|     portion of asset claimed as exempt | | | | | |
| 6. Household Goods and Furnishings | 2,800.00 | 500.00 | | 500.00 | FA |
| 7. Books | 400.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 3,000.00 | 500.00 | | 0.00 | FA |
| 10. Guns | 1,200.00 | 400.00 | | 100.00 | FA |
| 11. Checking Acct. xxxxxx-837-5 Charter One Bank | 2,000.00 | 0.00 | | 0.00 | FA |
|     $1,500 of asset claimed as exempt | | | | | |
| 12. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 13. Interest in Maverick Holdings, Inc. | 15,000.00 | 0.00 | | 0.00 | FA |
|     (primarily worthless property investments and includes funds in corporate bank and investment accounts) | | | | | |
| 14. Schwab Investment Account | 200.00 | 0.00 | | 0.00 | FA |
| 15. 2005 Featherlite Horse Trailer | 14,000.00 | 11,000.00 | | 11,000.00 | FA |
| 16. 2006 Dodge Durango (93,000 miles) | 12,525.00 | 2,000.00 | | 1,800.00 | FA |
| 17. 2006 Ford Freestar (74,0000 miles) | 7,450.00 | 1,000.00 | | 1,000.00 | FA |
| 18. 2001 19' Princecraft Ventura | 11,000.00 | 2,000.00 | | 1,000.00 | FA |
|     Appraised value per Trustee's auctioneer; not high enough value to sell on its own. | | | | | |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-35604 DRC Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REILLY, DONALD J. | Date Filed (f) or Converted (c): | 08/09/10 (f) |
| | REILLY, HEIDE M. | 341(a) Meeting Date: | 09/08/10 |
| | | Claims Bar Date: | 12/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Horse (unable to sell) | 8,000.00 | 1,000.00 | | 1,000.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.11 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $540,671.17 | $18,400.00 | | $16,403.11 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/11     Current Projected Date of Final Report (TFR): 10/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******9379  CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 13,806.57 | | 13,806.57 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.66 | 13,798.91 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.79 | 13,790.12 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.50 | 13,781.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.78 | 13,772.84 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.47 | 13,752.37 |
| 02/26/13 | 100000 | International Surities, Ltd.<br>Suite 420<br>701 Poydra Street<br>New Orleans, LA 70139 | | 2300-000 | | 14.68 | 13,737.69 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.47 | 13,719.22 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.41 | 13,698.81 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.71 | 13,679.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.34 | 13,658.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.65 | 13,639.11 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.28 | 13,618.83 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.25 | 13,598.58 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.57 | 13,579.01 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.19 | 13,558.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.51 | 13,539.31 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.13 | 13,519.18 |
| 01/28/14 | | Donald J. Reilly<br>Heide M. Reilly<br>15N799 Farm View Ln.<br>Hampshire, IL 60140 | Installment payment | 1129-000 | 600.00 | | 14,119.18 |
| 01/28/14 | 16 | Asset Sales Memo: | 2006 Dodge Durango (93,000 miles)  $600.00<br>settlement entered 3/22/12. | | | | 14,119.18 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.22 | 14,098.96 |

Page Subtotals     14,406.57     307.61

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******9379 CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 | | 18.84 | 14,080.12 |
| 03/04/14 | | Donald J. Reilly | Installment payment | 1129-000 | 600.00 | | 14,680.12 |
| 03/04/14 | 16 | Asset Sales Memo: | 2006 Dodge Durango (93,000 miles)  $600.00<br>settlement entered 3-22-12. | | | | 14,680.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 14,661.19 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.71 | 14,639.48 |
| 04/09/14 | | Donald J. Reilly<br>Heide M. Reilly<br>15N799 Farm View Ln.<br>Hampshire, IL 60140 | Installment payment | 1129-000 | 600.00 | | 15,239.48 |
| 04/09/14 | 16 | Asset Sales Memo: | 2006 Dodge Durango (93,000 miles)  $600.00<br>settlement entered 3-22-12. | | | | 15,239.48 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.70 | 15,217.78 |
| 05/21/14 | | Donald J. Reilly | Installment payment | 1129-000 | 600.00 | | 15,817.78 |
| 05/21/14 | 6 | Asset Sales Memo: | Household Goods and Furnishings  $500.00 | | | | 15,817.78 |
| 05/21/14 | 10 | Asset Sales Memo: | Guns  $100.00<br>per Settlement entered 3/22/12. | | | | 15,817.78 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.94 | 15,794.84 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.72 | 15,772.12 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.45 | 15,748.67 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.41 | 15,725.26 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,702.63 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.35 | 15,679.28 |
| 01/30/15 | 100002 | Thomas E. Springer, Trustee<br>400 S. County Farm Road<br>Suite 330 | Trustee Compensation | 2100-000 | | 2,390.31 | 13,288.97 |

Page Subtotals    1,800.00    2,609.99

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35604 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REILLY, DONALD J. | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | Account Number / CD #: | *******9379 CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | |
| For Period Ending: | 04/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/15 | 100003 | Wheaton, IL 60187<br>SPRINGER BROWN, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,207.50 | 9,081.47 |
| 01/30/15 | 100004 | Veterinarian Animal Hospital of Gurnee<br>38028 N. Dilleys Road<br>Wadsworth, IL 60083 | Claim 12, Payment 2.58543% | 7100-000 | | 124.31 | 8,957.16 |
| 01/30/15 | 100005 | Indian Hills<br>16N503 Powers Rd.<br>Gilberts, IL 60136 | Claim 14, Payment 2.58538% | 7100-000 | | 240.44 | 8,716.72 |
| 01/30/15 | 100006 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | Claim 1, Payment 2.58537% | 7100-900 | | 1,747.25 | 6,969.47 |
| 01/30/15 | 100007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 10, Payment 2.58534% | 7100-900 | | 151.17 | 6,818.30 |
| 01/30/15 | 100008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 11, Payment 2.58537% | 7100-900 | | 368.64 | 6,449.66 |
| 01/30/15 | 100009 | Advanta Bank Corporation<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 13, Payment 2.58536% | 7100-900 | | 344.45 | 6,105.21 |
| 01/30/15 | 100010 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 15, Payment 2.58535% | 7100-900 | | 290.72 | 5,814.49 |

Page Subtotals 0.00 7,474.48

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REILLY, DONALD J. | | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******9379 CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/15 | 100011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 17, Payment 2.58535% | 7100-900 | | 409.75 | 5,404.74 |
| 01/30/15 | 100012 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department | Claim 18, Payment 2.58333%<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 7100-900 | | 0.62 | 5,404.12 |
| 01/30/15 | 100013 | CitiFinancial, Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 19, Payment 2.58543% | 7100-900 | | 182.63 | 5,221.49 |
| 01/30/15 | 100014 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 2, Payment 2.58536% | 7100-900 | | 968.60 | 4,252.89 |
| 01/30/15 | 100015 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 3, Payment 2.58535% | 7100-900 | | 727.31 | 3,525.58 |
| 01/30/15 | 100016 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 4, Payment 2.58536% | 7100-900 | | 147.80 | 3,377.78 |
| 01/30/15 | 100017 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 5, Payment 2.58537% | 7100-900 | | 576.59 | 2,801.19 |
| 01/30/15 | 100018 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Claim 6, Payment 2.58538% | 7100-900 | | 227.99 | 2,573.20 |

Page Subtotals       0.00       3,241.29

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | ASSOCIATED BANK |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******9379 CHECKING ACCOUNT |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/15 | 100019 | Oklahoma City, OK 73124-8809<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Claim 7, Payment 2.58537% | 7100-900 | | 826.07 | 1,747.13 |
| 01/30/15 | 100020 | Oklahoma City, OK 73124-8809<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Claim 8, Payment 2.58536% | 7100-900 | | 1,437.38 | 309.75 |
| 01/30/15 | 100021 | Oklahoma City, OK 73124-8809<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 9, Payment 2.58535% | 7100-900 | | 309.75 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,206.57 | 16,206.57 | 0.00 |
| Less: Bank Transfers/CD's | 13,806.57 | 0.00 | |
| Subtotal | 2,400.00 | 16,206.57 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,400.00 | 16,206.57 | |

Page Subtotals  0.00  2,573.20

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | BANK OF AMERICA |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******0782 MONEY MARKET |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/10 | | Donald J. & Heide M. Reilly 15N799 Farmview Lane Hampshire, IL 60140 | Sale of 2005 Featherlite | 1129-000 | 11,000.00 | | 11,000.00 |
| 10/05/10 | 15 | Asset Sales Memo: | 2005 Featherlite Horse Trailer $11,000.00 horse trailer | | | | 11,000.00 |
| 10/20/10 | | Donald J. & Heide M. Reilly 15N799 Farmview Lane Hampshire, IL 60140 | Sale of horse | 1129-000 | 1,000.00 | | 12,000.00 |
| 10/20/10 | 19 | Asset Sales Memo: | Horse (unable to sell) $1,000.00 | | | | 12,000.00 |
| 10/29/10 | 20 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 12,000.21 |
| 11/30/10 | 20 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,000.52 |
| 12/31/10 | 20 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,000.83 |
| 01/31/11 | 20 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,001.14 |
| 02/28/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,001.23 |
| 03/31/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,001.33 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 9.96 | 11,991.37 |
| 04/29/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,991.47 |
| 05/31/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 11,991.58 |
| 06/30/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,991.68 |
| 07/29/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,991.78 |
| 08/31/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 11,991.89 |
| 09/30/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,991.99 |
| 10/31/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,992.09 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.28 | 11,976.81 |
| 11/30/11 | 20 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,976.91 |

Page Subtotals  12,002.15  25.24

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | BANK OF AMERICA |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******0782  MONEY MARKET |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.77 | 11,962.14 |
| 12/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,962.24 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.75 | 11,947.49 |
| 01/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,947.59 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.67 | 11,931.92 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 11.87 | 11,920.05 |
| 02/29/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,920.14 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.18 | 11,905.96 |
| 03/30/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,906.06 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 14.64 | 11,891.42 |
| 04/13/12 | | Donald Reilly 15N799 Farmview Lane Hampshire, IL 60140 | Installment payment pursuant to | 1129-000 | 2,000.00 | | 13,891.42 |
| 04/13/12 | 17 | Asset Sales Memo: | 2006 Ford Freestar (74,0000 miles)  $1,000.00 | | | | 13,891.42 |
| 04/13/12 | 18 | Asset Sales Memo: | 2001 19' Princecraft Ventura  $1,000.00 Order Approving Compromise Entered 3/22/12 | | | | 13,891.42 |
| 04/30/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,891.53 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.17 | 13,875.36 |
| 05/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,875.48 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.63 | 13,857.85 |
| 06/29/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,857.96 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.47 | 13,841.49 |
| 07/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,841.61 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.15 | 13,823.46 |
| 08/31/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,823.57 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 17.00 | 13,806.57 |

Page Subtotals       2,000.96       171.30

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 19)

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35604 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REILLY, DONALD J. | | Bank Name: | BANK OF AMERICA |
| | REILLY, HEIDE M. | | Account Number / CD #: | *******0782 MONEY MARKET |
| Taxpayer ID No: | *******6832 | | | |
| For Period Ending: | 04/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | | 901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,806.57 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,003.11 | 14,003.11 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,806.57 | |
| Subtotal | 14,003.11 | 196.54 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 14,003.11 | 196.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9379 | 2,400.00 | 16,206.57 | 0.00 |
| MONEY MARKET - ********0782 | 14,003.11 | 196.54 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,403.11 | 16,403.11 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          13,806.57

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*